DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

STATE v. INGLAND

No. 63 PC.

Case below: 10 N.C. App. 715.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.

STATE v. INNMAN

No. 76 PC.

Case below: 11 N.C. App. 202.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.

TRUST CO. v. ARCHIVES

No. 47 PC.

Case below: 10 N.C. App. 619.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.

YOUNG v. MARSHBURN

No. 52 PC.

Case below: 10 N.C. App. 729.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 10 June 1971.